UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**NORMAN HOEWISCHER**,

        Plaintiff,

vs.            **CASE NO.: 3:11-cv-00867-TJC-MCR**

**CFC DEVELOPMENT, INC.**,

        Defendant.

_____/

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

The parties, pursuant to Rule 41(a)(1)(ii), Fed.R.Civ.P., and in accordance with the Court's Endorsed Order dated January 30, 2013 (Doc. No. 17), hereby stipulate to the voluntary dismissal of this action with prejudice.

Respectfully submitted this 31st day of January, 2013.

| **THOMAS B. BACON, P.A.** | **ROGERS TOWERS, P.A.** |
|---|---|
| By: s/ Thomas B. Bacon<br>Thomas B. Bacon,<br>Florida Bar No. 139262<br>4868 Southwest 103rd Avenue<br>Cooper City, Florida 33328<br>(954) 478-7811 (telephone)<br>(954) 237-1990 (facsimile)<br>tbb@thomasbaconlaw.com (email) | By: s/ Lori S. Patterson<br>Lori S. Patterson<br>Florida Bar No. 0111023<br>1301 Riverplace Boulevard, Suite 1500<br>Jacksonville, Florida 32207<br>(904) 398-3911 (telephone)<br>(904) 396-0663 (facsimile)<br>lspatterson@rtlaw.com (email) |
| **ATTORNEYS FOR PLAINTIFF,**<br>**NORMAN HOEWISCHER** | **ATTORNEYS FOR DEFENDANT,**<br>**JOHNSON'S MANAGEMENT GROUP, INC.** |

-2-

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing *Stipulation for Voluntary Dismissal With Prejudice* has been filed electronically with the Court via CM/ECF with copies automatically sent via email on all counsel of record this 31st day of January, 2013.

                                       s/ Lori S. Patterson
                                            Attorney