**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

NORMAN HOEWISCHER,

        Plaintiff,

vs.                                 Case No. 3:11-cv-867-J-32MCR

CFC DEVELOPMENT, INC.,

        Defendant.

**ORDER**

Upon review of the parties' joint Stipulation for Voluntary Dismissal with Prejudice (Doc. 18), this case is dismissed with prejudice. The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 6th day of February, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

jk.
Copies:

counsel of record